THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRBY OFFSHORE MARINE PACIFIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EMERALD SERVICES, INC., dba EMERALD AN ENVIRONMENTAL COMPANY, <br><br> Defendant. | IN ADMIRALTY <br><br> Civil Action No. 2:17-CV-00224-RSL <br><br> **ORDER GRANTING A LIMITED EXTENSION OF THE DISCOVERY DEADLINE** |

THIS MATTER came before the Court on the parties' Stipulated Motion for a Limited Extension of the Discovery Deadline. The Court considered the following:

- Stipulated Motion for a Limited Extension of the Discovery Deadline (Dkt. No. 24); and

- The Declaration of Mary C. Butler.

NOW THEREFORE, being fully advised on this matter, the Court hereby FINDS that pursuant to Fed. R. Civ. P. 16, the parties have shown good cause to request a limited extension of the discovery deadline to December 22, 2017 to depose the following four (4) witnesses: Frank Flanegan, Jerald Calkin, naval architect Patrick Hudson, and Sound Testing.

ORDER GRANTING A LIMITED
EXTENSION OF THE DISCOVERY DEADLINE - Page 1
Civil Action No. 2:17-CV-00224-RSL
{28520-00349758;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

This Court, THEREFORE, ORDERS, ADJUDGES, AND DECREES that the parties' stipulated motion for a limited extension of the discovery deadline is GRANTED.

DATED this 17th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

By: *s/ Mary C. Butler*
Markus B.G. Oberg, WSBA #34914
Mary C. Butler, WSBA #44855
Attorneys for Plaintiff
LeGros Buchanan & Paul
4025 Delridge Way SW #500
Seattle WA 98106-1271
Telephone: (206) 623-4990
Facsimile: (206) 467-4828
moberg@legros.com
mbutler@legros.com

By: *s/ Shannon Benbow*
Philip Grennan, WSBA #8127
Shannon Benbow, WSBA #48761
Attorneys for Defendant
Wood, Smith, Henning, & Berman LLP
520 Pike Street, Suite 1525
Seattle WA 98101-4001
(206) 204-6807
sbenbow@wshblaw.com
pgrennan@wshblaw.com

ORDER GRANTING A LIMITED
EXTENSION OF THE DISCOVERY DEADLINE - Page 2
Civil Action No. 2:17-CV-00224-RSL
{28520-00349758;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990