UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRBY OFFSHORE MARINE PACIFIC, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>EMERALD SERVICES, INC., dba EMERALD ENVIRONMENTAL COMPANY,<br><br>           Defendant. | IN ADMIRALTY<br><br>Civil Action No. 2:17-cv-00224<br><br>[PROPOSED] ORDER RE: AWARD OF COSTS TO DEFENDANT, EMERALD SERVICES, INC. |

THIS MATTER came before the Court on the Stipulation of plaintiff, KIRBY OFFSHORE MARINE PACIFIC, LLC ("plaintiff"), and defendant, EMERALD SERVICES, INC. ("defendant").

Having considered the Stipulation of the parties, this Court orders that defendant is awarded costs in the amount of $5,000.00 against plaintiff, and Judgment shall be entered in accordance with this Order.

DATED this 2nd day of May, 2018.

_____
HONORABLE ROBERT S. LASNIK

[PROPOSED] ORDER RE: AWARD OF COSTS TO
DEFENDANT, EMERALD SERVICES, INC. - 1
(2:17-cv-00224)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

1 | Presented by:

2 | WOOD SMITH HENNING & BERMAN LLP

3 |

4 | By: _____
Philip Grennan, WSBA #8127

5 | Shannon Benbow, WSBA #48761
Attorneys for Defendant

6 |

7 | LEGROS, BUCHANAN & PAUL, P.S.

8 |

9 | By: _____

10 | Markus B.G. Oberg, WSBA #34914
Mary C. Butler, WSBA #44855

11 | Attorneys for Plaintiff
LEGAL:10157-0010/8992321.1

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

[PROPOSED] ORDER RE: AWARD OF COSTS TO
DEFENDANT, EMERALD SERVICES, INC. - 2
(2:17-cv-00224)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800